# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-21346-MDC

AHMAD SABOOR AL-AMIN

135 W. WASHINGTON LANE

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    AHMAD SABOOR AL-AMIN

    135 W. WASHINGTON LANE

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    ANDREA B. PAUL ESQ
    HARPER AND PAUL
    140 W. MAPLEWOOD AVENUE
    PHILADELPHIA, PA 19144

                                                  /S/ William C. Miller

Date: 11/14/2017                                        _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee