UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AHMAD SABOOR AL-AMIN                           Chapter 13

                    Debtor              Bankruptcy No. 12-21346-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ___14TH___ day of ___December___, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREA B. PAUL ESQ
HARPER AND PAUL
140 W. MAPLEWOOD AVENUE
PHILADELPHIA, PA 19144

Debtor:
AHMAD SABOOR AL-AMIN

135 W. WASHINGTON LANE

PHILADELPHIA, PA 19144