United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ahmad Saboor Al-Amin
    Debtor

Case No. 12-21346-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 15, 2017
                          Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
```
db             +Ahmad Saboor Al-Amin,    135 W. Washington Lane,    Philadelphia, PA 19144-2613
cr             +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13823742        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,,    AMERICA'S SERVICING COMPANY,
                 DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,    1000 BLUE GENTIAN ROAD,
                 EAGAN, MN, 55121-7700
12926855       +Deutsche Bank National Trust Company,    as Trustee for Morgan Stanley Capital I,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13024701       +Deutsche Bank National Trust Company, et al.,    America's Servicing Company,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
13872627       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
12926858       +Verizon Wireless,    P.O. Box 3397,    Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12993979        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2017 01:21:42
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12926856       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:05     Commonwealth of Pa,
                 Department of Revenue,    Strawberry Square,    4th & Walnut Street,    Harrisburg, PA 17128-0001
12926857        E-mail/Text: cio.bncmail@irs.gov Dec 16 2017 01:17:47     Internal Revenue Service,
                 P O Box 7346,    Philadelphia, Pa. 19101-7346
12932958        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:04
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
```
              ANDREA B. PAUL    on behalf of Debtor Ahmad Saboor Al-Amin lawabp@aol.com
              ANDREW  SPIVACK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE4 paeb@fedphe.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               Et Al... paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                    Date Rcvd: Dec 15, 2017
                               Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                    TOTAL: 9

Case 12-21346-mdc    Doc 60    Filed 12/17/17    Entered 12/18/17 00:55:06    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AHMAD SABOOR AL-AMIN                     Chapter 13

                    Debtor                Bankruptcy No. 12-21346-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___14TH___ day of ___December___ 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.


                              _Magdeline D. Coleman_
                              Magdeline D. Coleman
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREA B. PAUL ESQ
HARPER AND PAUL
140 W. MAPLEWOOD AVENUE
PHILADELPHIA, PA 19144


Debtor:
AHMAD SABOOR AL-AMIN

135 W. WASHINGTON LANE

PHILADELPHIA, PA 19144