**U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Ahmad Saboor Al-Amin, Case Number: 12-21346, mdc, Ref: [p-116135460]**

From: USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
To: lawabp <lawabp@aol.com>
Date: Tue, Jan 2, 2018 6:08 pm

📎 R_P21221346pdf900022...PDF (50 KB)

Notice of Returned Mail to Debtor/Debtor's Attorney
January 2, 2018
From: United States Bankruptcy Court, Eastern District of Pennsylvania
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice
In re: Ahmad Saboor Al-Amin, Case Number 12-21346, mdc
TO THE DEBTOR/DEBTOR'S ATTORNEY:
The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.
**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS <u>ONLY IF</u> YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.
Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702-3397

_[signature]_
Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

Verizon Wireless
Correspondence
P.O. Box 291089
Columbia, SC 29229

Date: 1/3/18

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.